

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

| | | |
|---|---|---|
| JOSEPH ANGEL ALVAREZ, | § | No. 08-24-00004-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 210th District Court |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC#20210D02640) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 13th day of August 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.